UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA LISTER, in her individual capacity and family,<br><br>Plaintiff,<br><br>vs.<br><br>COS, PROSECUTORS, MARSHAL(S) TBA, SEATTLE POLICE DEPT + OFFICERS TBA, KING COUNTY ET, AL., KC PROSECUTORS, KC DAJD, EE'S SARGENTS, CO'S, JOHN & JILL DOE(S), PUBLIC DEFENSE TBA,<br><br>Defendants. | No. 2:17-cv-1298<br><br>KING COUNTY SUPERIOR COURT CAUSE NO.  17-2-14474-6 SEA<br><br>VERIFICATION OF STATE COURT RECORDS |

**VERIFICATION**

The undersigned hereby declares the following:

1. The undersigned is counsel for defendant City of Seattle.

2. Pursuant to LCR 101(b), attached are true and correct copies of all records and proceedings in the Superior Court of King County, Washington, Cause No. 17-2-14474-6 SEA;

VERIFICATION OF STATE COURT RECORDS - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

| Exhibit | Document |
|---|---|
| 1 | Summons and Complaint; |
| 2 | Order Setting Civil Case Schedule; |
| 3. | Case Information Cover Sheet and Case Assignment Designation; |
| 4. | Motion and Declaration for Waiver of Civil Fees and Surcharges; |
| 5. | Order re Waiver of Civil Fees and Surcharges; |
| 6. | Notice of Appearance of David Hackett, Senior Deputy Prosecuting Attorney, on behalf of Defendant King County; and |
| 7. | King County Superior Court Docket, Cause No. 17-2-14474-6 SEA. |

DATED this 28th day of August, 2017.

PETER S. HOLMES
Seattle City Attorney


By:   */s/ Cherie Getchell*
        Cherie Getchell, WSBA# 49768
        Assistant City Attorney

        Seattle City Attorney's Office
        701 Fifth Avenue, Suite 2050
        Seattle, WA 98104
        Phone: (206) 233-2158
        E-mail: Cherie.Getchell@seattle.gov

        *Attorney for Defendant City of Seattle*

VERIFICATION OF STATE COURT RECORDS - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David Hackett
> King County Prosecuting Attorney
> 500 4th Avenue, 9th Floor
> Seattle, WA  98104
> ***Attorney for Defendant King County***

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

> Andrea Lister
> 1728 E. Olive Street, #3-706
> Seattle, WA  98122
> ***Plaintiff Pro Se***


> */s/ Cherie K. Getchell*____
> Cherie K. Getchell

VERIFICATION OF STATE COURT RECORDS - 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200