# Exhibit 4

FILED
17 JUN -5 PM 4:21

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE WA

| Superior Court of Washington For King County | No. 17-2-14474-6 SEA |
|---|---|
| ANDREA LISTER  Petitioner/Plaintiff, vs. KC/COS/SPD Respondent/Defendant. | Motion and Declaration For Waiver of Civil Fees and Surcharges (MTAF) |

## I. Motion

1.1   I am the ☒ petitioner/plaintiff ☐ respondent/defendant in this action.

1.2   I am asking for a waiver of fees and surcharges under GR 34.

## II. Basis for Motion

2.1.   GR 34 allows the court to waive "fees or surcharges the payment of which is a condition precedent to a litigant's ability to secure access to judicial relief" for a person who is indigent. As outlined below, I am indigent.

Dated: June 5th 2017

_____
Signature of Requesting Party

ANDREA LISTER
Print or Type Name

## III. Declaration

I declare that,

3.1   I cannot afford to meet my necessary household living expenses and pay the fees and surcharges imposed by the court. Please see the attached Financial Statement, which I incorporate as part of this declaration.

3.2  In addition to the information in the financial statement I would like the court to consider the following: _I am on permanent disability_
_I have no extra income now_
_I am indigent in all cases_
_I receive SNAP program_
_I am a Veteran w/ no benefits_
_I live in transitional homeless housing_

☐ (Check if applies.) I filed this motion by mail. I enclosed a self-addressed stamped envelope with the motion so that I can receive a copy of the order once it is signed.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at (city) _Seattle_, (state) _WA_ on (date) _June 5th 2017_ _6/5/17_

_[signature]_    ANDREA LISTER
Signature         Print or Type Name

Mt and Decl for Civil Fee Waiver (MTAF) - Page 2 of 2
WPF GR 34.0100 (05/2014) – GR 34

Case Name: _____  Case Number: _____

| Financial Statement (Attachment) |||
|---|---|---|
| 1. My name is: ANDREW LISTER |||
| 2. [ ] I provide support to people who live with me: How many? ___ Age(s): ___ |||
| **3. My Monthly Income:** | **6. My Monthly Household Expenses:** ||
| Employed [ ]   Unemployed [X] disabled | Rent/Mortgage: | $ 211 |
| Employer's Name: | Food/Household Supplies: | $ FS |
| Gross pay per month (salary or hourly pay): $ disabled | Utilities: | $ — |
| Take home pay per month: $ | Transportation: | $ 150 |
| **4. Other Sources of Income Per Month in my Household:** | Ordered Maintenance actually paid: | $ 0 |
| Source: SSI   $ 735 | Ordered Child Support actually paid: | $ 0 |
| Source:   $ | Clothing: | $ 0 |
| Source:   $ | Child Care: | $ 0 |
| Source:   $ | Education Expenses: | $ owe |
| Sub-Total: $ 735 | Insurance (car, health): | $ 150 |
| [X] I receive food stamps. #172 | Medical Expenses: | $ 0 |
| Total Income, lines 3 (take home pay) and 4: $ 735 | Sub-Total: | $ |
| **5. My Household Assets:** | **7. My Other Monthly Household Expenses:** ||
| Cash on hand: $ 0 | Storage | $ 200+ |
| Checking Account Balance: $ 0 | Bus | $ |
| Savings Account Balance: $ 0 | Pass | $ 36 |
| Auto #1 (Value less loan): $ 900 onc | | $ |
| Auto #2 (Value less loan): $ | Sub-Total: | $ |
| Home (Value less mortgage): $ 0 | **8. My Other Debts with Monthly Payments:** ||
| Other: $ | School loan | $ 1200/mo |
| Other: $ | in defer | $ /mo |
| Other: $ | | $ /mo |
| Other: $ | | $ /mo |
| Other: $ | Sub-Total: | $ |
| Total Household Assets: $ 0 | Total Household Expenses and Debts, lines 6, 7, and 8: | $ 747 |
| Date: 6/5/17 | Signature: /s/ ||

Financial Statement (Attachment) - Page 1 of 1
WPF GR 34.0300 (2/2011) GR 34