# Exhibit 5

Present in Person

EXP01

FILED
17 JUN -5 PM 4: 21
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE WA



| Superior Court of Washington<br>For King County | |
|---|---|
| ANDREA Lister<br>_____ Petitioner/Plaintiff,<br>COS/KC vs. SPD<br>_____ Respondent/Defendant. | No. 17-2-14474-6 SEA<br><br>Order Re Waiver of Civil Fees and Surcharges<br>☐ Granted (ORPRFP)<br>☐ Denied (ORDYMT)<br>☐ Clerk's Action Required 3.1 |

## I. Basis

The court received the motion to waive fees and surcharges filed by or on behalf of the
☒ petitioner/plaintiff ☐ respondent/defendant.

## II. Findings

The Court reviewed the motion and supporting declaration(s). Based on the declaration(s) and any relevant records and files, the Court finds:

2.1  ☐  The moving party is indigent based on the following: He or she:

   ☐  is represented by a qualified legal aid provider that screened and found ✓
       the applicant eligible for free civil legal aid services; and/or

   ☐  receives benefits from one or more needs-based, means-tested ✓
       assistance programs; and/or

   ☐  has household income at or below 125% of the federal poverty guideline; ✓
       and/or

   ☐  has household income above 125% of the federal poverty guideline but ✓
       cannot meet basic household living expenses and pay the fees and/or
       surcharges; and/or

   ☐  other: _____
       _____

Order re Civil Fee Waiver (ORPRFP, ORDYMT) - Page 1 of 2
WPF GR 34.0500 (05/2014) – GR 34

2.2 ☐ The moving party is not indigent.

2.3 ☐ Other: _____
_____
_____
_____
_____

### III. Order

Based on the findings the court orders:

3.1 ☒ The motion is granted, and

    ☒ all fees and surcharges the payment of which is a condition precedent to the moving party's ability to secure access to judicial relief are waived.

    ☐ other: _____
_____
_____
_____
_____

3.2 ☐ The motion is denied.

Dated: 6/5/17

Judge/Commissioner
Veronica Alicea Galvan

Presented by: _____ Pro se
Signature of Party or Lawyer/WSBA No.

ANDREA LISTER  6/5/17
Print or Type Name    Date

Order re Civil Fee Waiver (ORPRFP, ORDYMT) - Page 2 of 2
WPF GR 34.0500 (05/2014) – GR 34