# Exhibit 6

FILED
17 AUG 16 PM 12:04

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-14474-6 SEA

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| ANDREA LISTER, | ) |
| Plaintiff, | ) No. 17-2-14474-6 SEA |
| v. | ) NOTICE OF APPEARANCE |
| CITY OF SEATTLE, KING COUNTY, ET. AL, | ) |
| Defendants. | ) |

TO: THE CLERK OF THE COURT

AND TO: Plaintiff above named

YOU AND EACH OF YOU will please take NOTICE that Senior Deputy Prosecuting Attorney David J. Hackett hereby appears on behalf of defendant King County in the above-entitled action, without waiving the question of:

1. Lack of jurisdiction over the subject matter;
2. Lack of jurisdiction over the person;
3. Improper venue;
4. Insufficiency of process;
5. Insufficiency of service of process;
6. Failure to state a claim upon which relief may be granted;
7. Failure to join a party under Rule 19; and
8. Statute(s) of limitation.

NOTICE OF APPEARANCE - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

1  You are hereby further notified that all further papers and pleadings herein, except original
2  process, shall be served upon the undersigned attorney at the address below stated.

3
4  Deliver to:

5  DAVID J. HACKETT
   CIVIL DIVISION
   500 4th Avenue
6  King County Administration Building, Suite 900
   Seattle, Washington 98104-2316
7

8
9  Dated this 16th day of August, 2017.

10

11                                          DANIEL T. SATTERBERG
                                            King County Prosecuting Attorney
12
                                            By: *s/ David J. Hackett*
13                                          DAVID HACKETT, WSBA #21236
                                            Senior Deputy Prosecuting Attorney
14

15                                          Attorneys for Defendant King County
                                            King County Prosecuting Attorney's Office
16                                          500 Fourth Ave., 9th Floor
                                            Seattle, WA  98104
17                                          Telephone: (206) 296-8820 / Fax: (206) 296-8819

18                                          Email: david.hackett@kingcounty.gov

19

20

21

22

23

NOTICE OF APPEARANCE - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1 **DECLARATION OF FILING AND SERVICE**

2   I hereby certify that on August 16, 2017, I electronically filed the foregoing document

3 with the Clerk of the Court using the electronic filing system and sent a copy of the same by

4 electronic mail and by First Class United States Mail to the following:

5
Andrea Lister
1728 E. Olive Street, #3-706
6
Seattle, WA 98122
todaysgirlfriday@gmail.com
7

8   I declare under penalty of perjury under the laws of the United States and the State of

9 Washington that the foregoing is true and correct.

10
  DATED this 16th day of August, 2017 at Seattle, Washington.
11

12

13
*s/ Kris Bridgman*
Kris Bridgman, Paralegal
King County Prosecuting Attorney's Office
14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819