# Exhibit 7




Courts Home | Search Case Records                                   Search | Site Map | eService Center

Home | Summary Data & Reports | Resources & Links | Get Help

## Superior Court Case Summary

**Court:** King Co Superior Ct
**Case Number:** 17-2-14474-6

| Sub | Docket Date | Docket Code | Docket Description | Misc Info |
|---|---|---|---|---|
| 1 | 06-05-2017 | SUMMONS & COMPLAINT | Summons & Complaint | |
| - | 06-05-2017 | NON FEE | Non Fee | |
| 2 | 06-05-2017 | SET CASE SCHEDULE JDG0020 | Set Case Schedule Judge Susan Amini, Dept 20 | 06-04-2018ST |
| 3 | 06-05-2017 | CASE INFORMATION COVER SHEET LOCS | Case Information Cover Sheet Original Location - Seattle | |
| 4 | 06-05-2017 | MOTION AND AFFIDAVIT/DECLARATION | Motion /dclr For Fee Waiver/pet | |
| 5 | 06-05-2017 | ORDER TO PROCEED IN FORMA PAUPERIS EXP0001 | Order To Proceed In Forma Pauperis Ex-parte, Dept | |
| 6 | 08-16-2017 | NOTICE OF APPEARANCE | Notice Of Appearance /state | |

## About Dockets

### About Dockets

You are viewing the case docket or case summary. Each Court level uses different terminology for this information, but for all court levels, it is a list of activities or documents related to the case. District and municipal court dockets tend to include many case details, while superior court dockets limit themselves to official documents and orders related to the case.

If you are viewing a district municipal, or appellate court docket, you may be able to see future court appearances or calendar dates if there are any. Since superior courts generally calendar their caseloads on local systems, this search tool cannot display superior court calendaring information.

### Directions

King Co Superior Ct
516 3rd Ave, Rm C-203
Seattle, WA 98104-2361
**Map & Directions**
206-477-1400[Phone]
206-296-0986[Fax]
✉[Office Email]
**Visit Website**

### Disclaimer

**What is this website?** It is a search engine of cases filed in the municipal, district, superior, and appellate courts of the state of Washington. The search results can point you to the official or complete court record.