Pro Se 15 2016

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 01 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

HONORABLE JUDGE
JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

ANDREA LISTER

Plaintiff(s),

v.

COS et al, King County et al, John & Jane Does, add'l def(s) listed seperately

Defendant(s).

CASE NO. 17 CV 1298-JCC
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in custody) AMENDED

Jury Trial: ☒ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: ANDREA LISTER
Street Address: 1728 E OLIVE ST #3-706
City and County: Seattle  KING
State and Zip Code: WA  98122
Telephone Number: 206 861 5736  todaysgirlfriday@gmail.com

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

B.   Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name: City of Seattle
Job or Title (if known): INDIV. LISTED ON SUBSEQUENT PAGES
Street Address: 600 4th Ave #3
City and County: SEATTLE   KING
State and Zip Code: WA   98104
Telephone Number: 206 684-8344 (clerk)
[X] Individual capacity   [ ] Official capacity

Defendant No. 2

Name: Seattle Police Dept.
Job or Title (if known): INDIV. LISTED ON SUBSEQUENT PGS
Street Address: 610 5th Ave
City and County: SEATTLE   KING
State and Zip Code: WA   98104
Telephone Number: 206 625 5011
[X] Individual capacity   [ ] Official capacity

Defendant No. 3

Name: King County DAJD
Job or Title (if known): INDIV. LISTED ON SUBSEQUENT PGS
Street Address: 516 3RD AVE #E-245
City and County: SEATTLE   KING
State and Zip Code: WA   98104
Telephone Number: 206 477-2300
[X] Individual capacity   [ ] Official capacity

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Defendant No. 4

    Name: KING COUNTY et al

    Job or Title *(if known)*: INDIV LIST ON Subsequent PGS

    Street Address: 516 3RD AVE # 1200

    City and County: Seattle  KING

    State and Zip Code: WA  98104

    Telephone Number: 206 296-1020 (Clerk)

    [X] Individual capacity    [ ] Official capacity

## II. PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

[X] No    [ ] Yes    If yes, how many? _____

Describe the lawsuit:

N/A

Parties to this previous lawsuit:

N/A

Plaintiff(s)

N/A

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Pro Se 15 2016

_____

_____

Defendant(s)

N/A _____

_____

_____

_____

*(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

Court and name of district:

N/A _____

Docket Number: _____

Assigned Judge: _____

Disposition: *(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)*

_____

_____

_____

Approximate filing date of lawsuit: _____

Approximate date of disposition: _____

### III.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

Pro Se 15 2016

v. *Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*42 U.S.C. § 1983*
*US Constitution (Fed Const) Amend(s)*
*1st, 5th, 6th, 8th, 11th, 14th + As pretrial detainee*
*ADA Amer. Disability Act, WA ST Const.*
*Civil Liberties, Political Rights Access to Courts*
*Due Process Cruel + Unusual Punishment, Rights of*
*Pro Se, Basic Human, Plus Other; local*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*Substantive & Procedural Due Process*
*Rights under 5th/14th*
*Amendment*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

1  under *Bivens*, explain how each defendant acted under color of federal law. Attach
2  additional pages if needed.

This is mapped out in grievances which will be discovery. Every pretrial detainee right was violated pro se as well, violations of laws, statutes, rights, policies, procedures. Compiling of these are in process w/ my disability

## IV. STATEMENT OF CLAIM

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Indiv. date events explained/identified supplementally please refer to original complaint supplemental pages explanations in this amended complaint may not be complete until supplemented and shown in

A. Where did the events giving rise to your claim(s) occur? Exp supplementally KC SEA loc @ discovery DAJD SEA KC Crths, WSH; COS loc @ SMC Crths, @ Home, @ City streets - multiple

B. What date and approximate time did the events giving rise to your claim(s) occur? Amend date 2/14/04 to 2016, years/months identified in supplemental & exacts in discovery

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) I was victim of DV, Police Brutality by SPD, Injured Abused in KC Jail, beat in KC Jail, Injured, Raped @ WSH subjected to every horrible illegal act due to disability I am compiling still.

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

Physical, emotional, mental, freedom/pecuniary loss, med neglect, sexual violation/rape @ WSH while in KCJ care, sexually harassed, physically beat while handcuffed (SPD) 8/24-25/11 @ KCJ/DAJD 2012-2014 multiple events & excessive force exact dates on grievances

## VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

Compensatory damages, i.e. actual losses, mental anguish & humiliation, impairment of reputation & out of pocket losses, mental/emotional duress damages, punitive damages. Monetary damages $1 million/per month (20+ months) of confinement/ each violation/injury

## VII. CERTIFICATION AND CLOSING.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 2016

1  I agree to provide the Clerk's Office with any changes to my address where case-related

2  papers may be served. I understand that my failure to keep a current address on file with the

3  Clerk's Office may result in the dismissal of my case.

4  Date of signing: 11/30/17

5  Signature of Plaintiff _[signature]_

6  Printed Name of Plaintiff ANDREA LISNER

7

8  Date of signing:

9  Signature of Plaintiff

10 Printed Name of Plaintiff N/A

11

12 Date of signing:

13 Signature of Plaintiff

14 Printed Name of Plaintiff N/A

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8

ADD'L
DEFENDANTS

KCJ

A

## ADDITIONAL DEFENDANTS KING COUNTY DAJD EE's

And by COURT INSTRUCTIONS to not submit DISCOVERY, this process is limited. Will need to be supplemented.

KC JAIL EMPLOYEE LIST of INDIVIDUALS named in the records of my SUBMITTED GRIEVANCES as a Pre-Trial Detainee where my rights were continuously and egregiously VIOLATED under CONSTITUTIONAL magnitude. KC JAIL hold these records, with specific dates, times and circumstances and also has refused entry of some.

Accordingly, each GRIEVANCE associated w/ said INDIVIDUALS LISTED has DATE, TIME EXPLANATIONS of VIOLATIONS. And of Mandated king County Policies Operational Practices not being followed.
By no means is this a complete list. I will need to SUPPLEMENT it. But it is what can be done in current time limiting constraint. Due to DISABILITY ISSUE, as to COMPILING CASE documentation and the Re-TRAUMATIZING effects of reviewing such documentation is a lengthy excruciating process that widely affects my DISABILITY and thus is limited.
All such Violations occurred @ KC DAJD Seattle facility or in the KC COURTHOUSE Seattle location.

### CORRECTION OFFICERS C/O

MS. KIEFFER — Multiple pervasive incidents, excessive use of force, m'harassment, falsification of info in log books, 10/2012, 12/27/2012 – 2014, 01/10/13 restricted phone privileges affecting legal cases (many) when they were not restricted as a means of retaliation, I lost $10,000 of personal property that my power of attorneys were needing my communications, further caused more loss because of wrongful classification as pretrial detainee, which affected legal case representation and release status.

MRS. HENSON — 01/13/14 unreasonable search and seizure and destruction of legal documents as part of retaliation, harassment ongoing,

MRS. VERHELST — 09/16/2012 false report 09/22/12 retaliation, nothing further

MS. DAVIS

MS. L. LEWIS (LISA)

MR. ANDERSON

MRS. S. GREER — 01/13/14 unreasonable search and seizure and destruction of legal documents as part of retaliation, harassment ongoing,

MS. LUCAS

MS. JOY

MS. WOODS

MRS. WEAVER — 01/13/14 unreasonable search and seizure and destruction of legal documents as part of retaliation, harassment ongoing, refusing to answer my/all detainee & inmates button for entire 8hr shifts

MS. DRAVES

MRS. OCAMPO — threats, retaliatory searches, moving cells as retaliatory, 02/18/13 feeding inmates food off floor, refusing to call kitchen for replacement

MS. T. CRAW

MRS. MESKAN (NAMED CHANGED DIVORCE)

MR. T. WALKER (SON YOUNG) — 04/2013, 04/14/13, 04/15/13, 04/29/13 excessive use of force, assault incl. sexual touching, 04/14/13 sexual harassment, humiliation, 02/18/13 feeding inmates food off floor, refusing to call kitchen for replacement,

MR. WALKER FATHER (OLDER THAN ME SOME) (ACTING SARGEANT ONCE-PROTECTING HIS SON)

MR WALKER (BALD, A LITTLE YOUNGER THAN ME, NOT RELATED TO ABOVE 2)

MS. HOEL                              09/2012 infracted me for relaying unconscious inmates unknown information to staff, as needed during her medical emergency prior to and during Emergency response, nothing further
FARRINGTON
MR. FARRIS
MS. CARNAGHY (ACTING SARGEANT, SARGEANT)
MR. GORMAN                            04/29/13 excessive use of force assault, injury, threats of injury, violated my right to federally mandated exercise while in administration segregation
MS. WEST
MS. S. PHILLIPS                       violated my right to federally mandated exercise while in administration segregation

MR. WALLACE
MR. J. JELLEN (ACTING SARGEANT) 86903
MR. LOUIS (ACTING SARGEANT)
MR. JARVIS (ACTING SARGEANT)
MR. CHASE
MRS. R. MOSES (ACTING SARGEANT)
MR. A FARRELL
MR. LEE
MR. T. ELERICK
MR. K. STARK
MR. CHAVEZ
MR. AN
SELSTAD ? (F)
BUSH
FC NORTON
MR. BECKER
MS. STUVER (ACTING SARGEANT)
McNEELEY
MS. IDIONE
FRAZIER
LOFNIK
MR. TAYLOR
MR. J. JONES
MR. BAUTISTA
MR. RUBIO (TRAINEE)
MR. WOOSLEY
WELLS (? F) (TRAINEE)
VALCHANKO (TRAINEE)
SEVERESON
MS. PARTON                            08/20/13 EXCESSIVE FORCE SLAMMING MY HEAD AND BODY INTO A DOOR JUST OUTSIDE A COURT ROMM HOLDING AREA KC COURTHOUSE 12TH FLOOR AND TWISTING MY ARMS UP INJURING MY INJURED PREVIOUSLY SHOULDERS
MR. KANZ
MR. FREEDMAN
KIMES
MR. HERNANDEZ
MCNEELEY
MR. BURROWS (ACTING SARGEANT)

MR. M. GOODMAN
MR. J. GARCIA
A.M. SPIVEY (ACTING SARGEANT)
MR. PORTER                             HARRASSMENT ONGOING, DENIAL OF UNIFORMS FRESH
MR. ESTRADA

**SARGEANTS**
TODD WHEELER (M)        06/2013 superiors assigned him as my "Special Sargeant" where he was instructed to label all my grievances as frivolous, refusing to enter some, answering his own grievances about his conduct, hereto, answering grievances that are some other departments supervisors grievance, thus subjecting me to more retaliation. He denied me ON 08/09/13 to take my legally permitted boxes of ALL MY legal documents approved already and necessary in my defense and pro se cases to effectuate a defense or court reqd dates.
MOHAMMED (M)
HICKS (M)
OWENS (M)
HARRIS (M)
MAUCK (M)
CLARK (M) (? CAPTAIN) – ANSWERED OWN GRIEVANCE/TERMINATED IT
VICARI (F) – ANSWERS HER OWN GRIEVANCES
FASEN (M)
MERRITT (M)
BLISS (M)
CARNAGHY (F)
A. FERREIRO (M)
SCHNEIDER (F) - 71503
RAFANAN (M)
E. HAYEB
A. CURRIER
TAPAR (?)
MIZE
JAY RONEY (?)
MAUDE
INGERSOLL

**MANAGEMENT LEVEL**
COMMANDER G. KARLSSON (M)    04/20/13 ONGOING DELIBERATE INDIFFERENCE WHEN IT COMES TO IGNORING DISABILITY RIGHTS AND CONDITIONS RELATED 06/23/13
MAJOR HYATT (F)                          05/06/13 REFUSING TO ACKNOWLEDGE GRIEVANCES I WRITE ARE
                                                          PROPER, FOUNDED
CAPTAIN WOODBURY           04/23/13
CAPTAIN KENNETH LOLLIE, COURT DETAIL COMMANDER
CAPTAIN TABHLON
SCHUMAKER (F)
WOMAK (CPA?)
FAILURE TO ACKNOWLEDGE PRO SE STATUS 09/12/12 THRU 04/22/13 AFTER ALSO
**ADMINISTRATIVE**
L. TEMMONS (F) (LORRAINE) – VISITING HOURS (TIMMONS) refused accommodations (which is an option) of special visit hours for power of attorney 03/02/13, legal ramifications

**CLASSIFICATION**
(intertwined) 09/16/12 -01/2015 wrongly used retaliation FOR MY APPEALING DECISIONS AND STATUS to keep me held in ad se as a pretrial detainee and refusing me access to things necessary for court, communication and defense in case held on
**Classification or better known as holds all true copies of documentation, often I was given illegible faint copies which are unable to be submitted via scan and copying is worthless save few.
Violations of Policy, Procedures of Classification, rights, failure to investigate properly, failure to protect from sexual menacing inmates, failure to protect when an inmate disrupts my detainee right to sleep before trial affecting my communications with legal representation when said inmate kept tank up for 18 DAYS STRAIGHT, with classification using it as punishment and retaliation.
RON KINTNER CPS SUPERVISOR DAJD SEATTLE DIVISION (MANAGEMENT)
BERNIE DENNEHY (M) PROGRAM ADMINISTRATOR
BRUCE REEDER (M) SUPERVISOR – ANSWERS HIS OWN GRIEVANCES & APPEAL OF IT
JANIS DUPUIS (F) SUPERVISOR
CANDICE B. (BUDHRAM) -CB (F) - also NOTARY, ongoing 09/16/2012 -01/2015 continually put wrong dates up so officers would deny my out of cell time, phone privileges, plus, violated my right to federally mandated exercise while in administration segregation, 04/15/13 failure to protect from inmate accused of MURDER

MR. VALDEZ (M)
THOMASINI (M)
CLIFF (M) (REFUSED TO GIVE HIS LAST NAME 02/28/13, I BELIEVE WILLIAMI) - ANSWERING HIS OWN GRIEVANCE
KENT (M) (REFUSED TO GIVE HIS LAST NAME ALSO 02/28/13)
K. HAGMAN
STEVE (REFUSED TO GIVE HIS LAST NAME ALSO)
SHAWN ALEXANDER
WAYDE SILVA
CURTIS (REFUSED TO GIVE HIS LAST NAME ALSO)
DEREK WILLIAMSON
RODNEY PRIOLEAU
KEN (REFUSED TO GIVE HIS LAST NAME ALSO)

**LEGAL WORKSTATION** - LIMITED ACCESS
DEFOLO (F)
D. OGLE               PRIOR TO 04/24/30 AND AFTER       long awaited times to be scheduled when I was pro-se and administration refused to acknowledge my pro se status SINCE 09/12/12 04/23/13 PLUS in criminal appeals and more, later rectified and fought for by Superior COurt Judge Rogoff

**COMMISSARY**
JOHN
PATRICK
L. SMITH (?)

**MAIL ROOM/ RECORDS OFFICE**
S. REBEL (F) ? SUPERVISOR (ROBEL)
A. WILLIAMS (ANDREA) SUPERVISOR, RECORDS & INFORMATION SYSTEMS MANAGEMENT – ANSWERS HER OWN GRIEVANCES
Legal mail opened not in my person multiple times, one date is 04/04/13

**GRIEVANCE OFFICE**

GRIEVANCE ENTRY COORDINATOR – SIGNED AS THIS
ANDREA WILLIAMS OR (? WILBEY)

**MEDICAL STAFF**
NURSE WHISMAN RN
NURSE JEFF
BEN SANDERS
JOHN and JANE DOES
(most medical staff nurses, change and are unidentifiable or refuse name)

_____

ADD'L
DEFENDANTS

COS

B

# SEATTLE POLICE DEPARTMENT

## ADDITIONAL DEFENDANTS

A/SGT MICHAEL RENNER

EXCESSIVE USE OF FORCE 2011, EGREGIOUS ASSAULT ON VIDEO 08/23-24/2011 ON VIDEO WHILE HANDCUFFED AND ALREADY SUFFERING FROM MEDICAL INJURIES, CAUSING SERIOUS INJURIES TO ALREADY INJURED PLAINTIFF LISTER, REFUSED TO TAKE PLAINTIFF LISTER TO HOSPITAL 2011, THREATS & ABUSE, WRONGFUL ARREST (3) 2011, FAILURE TO RECOGNIZE AND DIFFERENTIATE PLAINTIFF LISTER AS THE DOMESTIC VIOLENCE VICTIM/SURVIVOR FROM THE ACTUAL PERPETRATOR, FAILURE TO INVESTIGATE, FAILURE TO INVESTIGATE PROPERLY, REFUSED TO ALLOW ME ACCESS TO BATHROOM FOR EXTENDED TIME (HOURS IN HOLDING CELL NO TOILET) WRONGLY SEARCHED MY PURSE NOT IN MY PRESENCE AND AFTER ARRESTING ME 2011, VIOLATED LAW BY PUTTING SEARCHING MY USB THUMB DRIVES WHICH HOLD CONFIDENTIAL INFORMATION/EVIDENCE, HIPAA AS TO MY PRO SE CASES – INCLUDING HIS PRIOR ARREST THIS CASE – ALL ON DEPARTMENT COMPUTERS, AFTER JAIL EE FORCED RENNER TO TRANSPORT ME TO HOSPITAL FOR SEVERE AND SEVERAL INJURIES HE CAUSED - HE THEN INTERFERED IN MY CONFIDENTIAL CONVERSATION W/ NURSE CAUSING ISSUES W/ HEALTH & PRIVACY INFO (A VIOLATION OF HIPAA RIGHTS), BILLING, ADDRESS, ETC., FALSIFIED POLICE REPORTS, FALSE & MISLEADING TESTIMONY 2014, LIED, IMPROPERLY TOWED PLAINTIFF'S LEGALLY PARKED VEHICLE FROM HER ADDRESS 08/23-24/11, FAILURE TO (SELF) REPORT ASSAULT AND USE OF EGREGIOUS EXCESSIVE FORCE TO PROPER AUTHORITY WITHIN SPD, OPA, FAILURE TO PROTECT, FAILURE TO ACT, CONSPIRE TO ACT/USE EXCESSIVE FORCE, OTHER KNOWN REPORTS PRIOR YEARS

CHRISTINE NICHOLS

EXCESSIVE USE OF FORCE 2009, 2011, INJURY 2009, 2011 THREATS & ABUSE 2009, 2011, DISOBEYIN G JUDGE ORDERS 2009, WRONGFUL ARREST 2009, WRONGFUL ARREST (3) 2011, FAILURE TO RECOGNIZE AND DIFFERENTIATE PLAINTIFF LISTER AS THE DOMESTIC VIOLENCE VICTIM/SURVIVOR FROM THE ACTUAL PERPETRATOR, FAILURE TO INVESTIGATE (MULTIPLE) 2009, 2011, FAILURE TO INVESTIGATE PROPERLY 2009, 2011, FALSIFIED MULTIPLE POLICE REPORTS 2009, 2011-12, LIED, FALSE & MISLEADING TESTIMONY 2009, 2014, IMPROPERLY TOWED PLAINTIFF'S LEGALLY PARKED VEHICLE FROM HER ADDRESS 08/23-24/11, WAS AWARE OF EGREGIOUS ASSAULT BY OFFICER IN SW PRECINCT, FAILURE TO SELF REPORT AND REPORT ASSAULT(S) AND EXCESSIVE USE OF FORCE TO PROPER AUTHORITY WITHIN SPD, OPA, AWARE OF ANOTHER OFFICER'S USE OF FORCE, FAILURE TO PROTECT, FAILURE TO ACT, CONSPIRE TO ACT/USE EXCESSIVE FORCE, OTHER KNOWN REPORTS PRIOR YEARS

ALVARO FERRIERA

EXCESSIVE USE OF FORCE, FAILURE TO INVESTIGATE 2011, FAILURE TO INVESTIGATE PROPERLY 2011, FALSIFIED POLICE REPORTS 2009, 2011-, LIED, FALSE & MISLEADING TESTIMONY 2014, FAILURE TO RECOGNIZE AND DIFFERENTIATE PLAINTIFF LISTER AS THE DOMESTIC VIOLENCE VICTIM/SURVIVOR FROM THE ACTUAL PERPETRATOR, IMPROPERLY TOWED PLAINTIFF'S LEGALLY PARKED VEHICLE FROM HER ADDRESS 08/23-24/11, WAS AWARE OF EGREGIOUS ASSAULT BY OFFICER IN SW PRECINCT, AWARE OF ANOTHER OFFICER'S USE OF FORCE, FAILURE TO ACT, CONSPIRE TO ACT/USE EXCESSIVE FORCE, FAILURE TO REPORT ASSAULT AND USE OF EXCESSIVE FORCE TO PROPER AUTHORITY WITHIN SPD, OPA, WAS AWARE OF EGREGIOUS ASSAULT BY OFFICER IN SW PRECINCT, FAILURE TO REPORT ASSAULT AND EXCESSIVE FORCE TO PROPER AUTHORITY WITHIN SPD, OPA, AWARE OF ANOTHER OFFICER'S USE OF FORCE, FAILURE TO PROTECT, FAILURE TO ACT, CONSPIRE TO ACT/USE EXCESSIVE FORCE, OTHER KNOWN REPORTS PRIOR YEARS


SGT JOSEPH MACCARONE

SUPPORTED KNOWN FALSE REPORTS, IMPROPERLY TOWED PLAINTIFF'S LEGALLY PARKED VEHICLE FROM HER ADDRESS 08/23-24/11, FAILURE TO RECOGNIZE AND DIFFERENTIATE PLAINTIFF LISTER AS THE DOMESTIC VIOLENCE VICTIM/SURVIVOR FROM THE ACTUAL PERPETRATOR, WAS AWARE OF EGREGIOUS ASSAULT BY OFFICER IN SW PRECINCT, FAILURE TO REPORT ASSAULT AND EXCESSIVE FORCE TO PROPER AUTHORITY WITHIN SPD, OPA, AWARE OF ANOTHER OFFICER'S USE OF FORCE, FAILURE TO PROTECT, FAILURE TO ACT, CONSPIRE TO ACT/USE EXCESSIVE FORCE, OTHER VIOLATIONS, OTHER KNOWN REPORTS PRIOR YEARS


DETECTIVE NICOLE FREUTEL

FALSIFIED INFORMATION IN REPORT(S)/LIED IN CASE INVESTIGATION REPORT 2013 - USED IN COURT CASE 2013 & 2014, FAILURE TO INVESTIGATE 2013, FAILURE TO INVESTIGATE PROPERLY 2011-2014, FAILURE TO RECOGNIZE AND DIFFERENTIATE PLAINTIFF LISTER AS THE DOMESTIC VIOLENCE VICTIM/SURVIVOR FROM THE ACTUAL PERPETRATOR, FAILURE TO ACT, CONSPIRE TO ACT/USE EXCESSIVE FORCE, FAILURE TO PROTECT


JONATHAN COLE

FAILURE TO INVESTIGATE 2012, FAILURE TO INVESTIGATE PROPERLY 2012, FAILURE TO CONTACT PLAINTIFF LISTER THE ACTUAL VICTIM 2012, FAILURE TO PROTECT, FAILURE TO ACT, CONSPIRE TO ACT

GREGORY DRURY

FAILURE TO INVESTIGATE 2012, FAILURE TO INVESTIGATE PROPERLY 2012, FAILURE TO CONTACT PLAINTIFF THE ACTUAL VICTIM 2012, FAILURE TO PROTECT, FAILURE TO ACT, CONSPIRE TO ACT


JOEL A. NARK

FAILURE TO DISCLOSE HIS CLOSE RELATIONSHIP W/ DAN WISEMAN, HIS RECEIVING FREE ITEMS (BRIBES) IN EXCHANGE FOR BOLSTERING & ACCOMODATING POLICE REPORT(S) [ONGOING MANY YEARS], FALSIFIED 2 KNOWN POLICE REPORTS 2012, CONSPIRE TO ACT/BENEFIT FROM IT, FAILURE TO INVESTIGATE 2012, FAILURE TO INVESTIGATE PROPERLY 2012, FAILURE TO RECOGNIZE AND DIFFERENTIATE PLAINTIFF LISTER AS THE DOMESTIC VIOLENCE VICTIM/SURVIVOR FROM THE ACTUAL PERPETRATOR, FAILURE TO PROTECT, FAILURE TO ACT, FAILURE TO CONTACT PLAINTIFF THE ACTUAL VICTIM, FAILED TO IDENTIFY HIMSELF AS A POLICE OFFICER, FAILED TO IDENTIFY HIMSELF AS AN OFFICER ON DUTY/ RESPONDING TO A REQUEST FOR REPORT CALL, LIED ABOUT AN ALLEGED INCIDENT, THREATS, FALSE & MISLEADING TESTIMONY, PERJURY, FAILURE TO REPORT KNOWN ASSAULT TO PROPER AUTHORITY WITHIN SPD, OPA,


DOUGLAS JORGENSEN

INNACURATE/FALSE INFO ON MULTIPLE POLICE REPORT(S) 2009, 2011, FALSE & MISLEADING TESTIMONY 2014, FAILURE TO PROTECT, FAILURE TO ACT, CONSPIRE TO ACT

SPD POLICE CHIEF JOHN DIAZ

DELIBERATE INDIFFERENCE, WILLFUL NEGLIGENCE KNOWING ABOUT ISSUES WITH OFFICERS USE OF FORCE, PROBLEMS & DISHONESTY, FAILURE TO INVESTIGATE, FAILURE TO ACT, FAILURE TO PROTECT, FAILURE TO DISCIPLINE BASED ON MISCONDUCT OF OFFICERS, CONSPIRING TO COVER UP SUCH ISSUES, OR ALLOWING TREATMENT FOR BENEFIT OR FAVORING FRIENDS OR COMMUNITY MEMBERS SUCH AS PERPETRATOR DAN WISEMAN DUE TO MONETARY GIFTS OR FUNDING TO BUILD WS POLICE PRECINCT, FUNDING TO START BIKE PATROL ON ALKI/CITY 2004-2013


SPD POLICE CHIEF KATHLEN O'TOOLE

DELIBERATE INDIFFERENCE, WILLFUL NEGLIGENCE KNOWING ABOUT ISSUES WITH OFFICERS USE OF FORCE, PROBLEMS & DISHONESTY, FAILURE TO INVESTIGATE, FAILURE TO ACT, FAILURE TO PROTECT, FAILURE TO DISCIPLINE BASED ON MISCONDUCT OF OFFICERS, CONSPIRING TO COVER UP SUCH ISSUES

JOHN and JANE DOES

YET TO BE NAMED – SPD PRECINCT COMMANDERS, CAPTAINS, SUPERVISORS & SARGEANTS, OFFICERS AT DATE OF INCIDENTS, IN REPORTS NOT ACCESSIBLE TO OBTAIN YET

SPECIFICALLY SURROUNDING A WRONGFUL ARREST ON 12/03/14, RETALIATORY IN ESSENCE WHERE THERE WERE MULTIPLE OFFICERS WHO HID THEIR NAME FROM VIEW, THAT ARE UNNAMABLE UNTIL I CAN POSSIBLY GET CASE COPIES UNDER INDIGENCY, SAVE A FEW LIKE OFFICER LUCKY (MALE) AND OTHER OFFICERS WHO PROPERLY IDENTIFIED THEMSELVES IN PICTURES AND INCLUDING A FEMALE SARGEANT FROM THE WEST PRECINCT WHO VIOLATED MY RIGHTS TO ASSEMBLE PEACEFULLY WHEN SHE INSTRUCTED OTHER OFFICERS TO FALSELY ARREST ME BASED OR PURPORTING THAT I COMMITTED AN ASSAULT ON AN OFFICER THAT DID NOT OCCUR ACCORDING TO 9 UNDERCOVER SPD OFFICERS WHO WERE THERE FOR THE VERY REASON OF INTERACTING AND SURVEILLING THE PROTEST AT HAND AND EACH OF THOSE 9 ATTESTED TO THAT I HAD NEVER ASSAULTED OFFICER LUCKY WHO STRUGGLED TO RIDE HIS BIKE SLOWLY AS THE CROWD SLOWED OR STOPPED.

****OTHER VIOLATIONS AS INFORMATION IN REPORTS STILL NOT RECEIVED, DENIED OR IN CASE FILES OF ATTORNEYS, NEVER BEEN GIVEN TO ME DESPITE P.R.A. LAWS & DEFENDANT RIGHTS, REQUESTS FROM COUNSEL, REQUESTING COPIES, AFTER CASE CLOSED, REQUESTED AS DISCOVERY TO REVIEW WHEN DENIED REVIEW OF POLICE REPORTS/ COPIES, MADE KNOWN TO JUDGES THAT DISCOVERY HAD NOT BEEN REVIEWED IN ALL CASES, PRIOR TO TRIAL

PRIOR EXPERIENCED EGREGIOUS ASSAULTS AND USE OF EXCESSIVE FORCE VIOLATIONS

CHEN/ CHANG

ON 2/14-15/2004 STOPPED ME AT MY OWN HOUSE IN A PARKING SPOT WHERE ALL OUR CARS ARE CRAMMED IN TOGETHER, A MILE AFTER HE ALLEGED THAT I COMMITTED A CALIFORNIA STOP COMING HOME BETWEEN 12-3 AM FROM DINNER OUT AT A RESTAURANT EARLIER AND THEN MY BOYFRIENDS HOUSE AFTER A VALENTINES DATE. HE ACCUSED ME OF GOING TO RUN WHICH I DID NOT DO AND WOULD NOT DO AND HAVE NEVER EVER DONE IN MY LIFE. MY CAR DOOR WOULDN'T OPEN ALL THE WAY ESSENTIALLY BLOCKING WHERE I COULDN'T GO AROUND THE OPEN CAR DOOR AS IT WAS SWUNG OPEN.  I WAS A PERSON WITH INTEGRITY, AND HE WAS STANDING RIGHT THERE 2 FEET FROM ME AFTER I STEPPED OUT OF MY VEHICLE. HE THEN FORCED ME TO SPREAD EAGLE ACROSS HIS HOOD OF THE POLICE CAR (A BABY BLUE FORD CROWN VIC). I WAS IN A MINISKIRT, SCANTILY CLAD, POLICE LIGHTS FLASHING INTO MY HOUSE, INTO UPSTAIRS LANDLORDS, INTO NEIGHBOR'S HOUSES WAKING ANYONE FROM THE FLASHING LIGHTS. AND SEEING MY BARE ASS BENT OVER WHERE MY MINISKIRT HAD RISEN FROM THE POSE I WAS FORCED TO BE HELD IN.  I CONTACTED POLICE CHIEF DIAZ FIRST WHO WAS KIND AND POLITE, BUT TRIED TO EXPLAIN AWAY, DISMISS OR DISCOURAGE ME, TALK ME OUT OF FILING A FORMAL COMPLAINT. AFTER THIS INCIDENT WHERE I MADE A FORMAL OPA COMPLAINT WHICH WAS AN EXCRUTIATING EXPERIENCE WHERE THEY DON'T BELIEVE VICTIMS OF POLICE BRUTALITY AND PROBLAMIC POLICING, BUT BASICALLY TRY TO INTEROGATE A PERSON TO DEATH OR TO BE INCONSISTENT. AND AFTER THEY DID NOT FOLLOW UP EXPEDIENTLY BUT ONLY TRIED TO FOLLOW UP MONTHS LATER AFTER I HAD MOVED DESPITE MY LICENSE ADDRESS HAD CHANGED NO

FURTHER CONTACT OCCURRED. HORRIBLE. AND FOR THAT VERY UNJUST EXPERIENCE IS WHY I NEVER MADE A FORMAL OPA COMPLAINT ON OFFICER WILLIE ASKEW, AND FOR FEAR OF RETALIATION. I BELIEVE HE IS STILL ON THE FORCE.

WILLIE ASKEW

FALL 2004, OFFICER ASKEW COMMITTED AN EGREGIOUS EXCESSIVE USE OF FORCE ASSAULT ON ME, BODY SLAMMING ME ON THE ASPHALT OF THE WEST SEATTLE BRIDGE WHILE I WAS 7-8 MONTHS PREGNANT AND ALREADY IN A HIGH RISK PREGNANCY. A CLEAR VIOLATION OF CONSTITUTIONAL RIGHTS & PROTECTIONS. HE THEN WRONGFULLY ACCUSED ME OF STEALING MY OWN CAR, 1992 RED FIREBIRD I HAD OWNED SINCE 1998. HE THEN ACCUSED ME OF STEALING OLD FAX MACHINES AND COMPUTER MONITORS THAT WERE IN MY CAR THAT I WAS DRIVING FOR DONATING TO RE-PC OR GOODWILL STORES FOR TAX DEDUCTION PURPOSES. HE THEN SEARCHED MY PURSE AND TOOK MY LICENSE & IDENTIFICATION AND MY MOMS DEBIT CARD (I HAD CUSTODY OF TO PAY HER BILLS) OUT OF MY PURSE. ASKEW NEVER GAVE THEM BACK. HE SAID, (QUOTE) "I KNOW YOU, YOU'RE A CRIMINAL". AFTER HE ACCUSED ME OF BEING A CRIMINAL AND STARTED DEMANDING/ ORDERING ME TO GET OUT OF MY VEHICLE IN AN UNSAFE STOP IN TRAFFIC WHILE ON THE BRIDGE WHERE CARS SPEED UP TO ADVANCE ONTO IT FROM HARBOR AVESW & AVALON WAY SW. I LUCKILY HAD QUICKLY CALLED 911 TO REPORT HIM BECAUSE I KNEW HE WAS DANGEROUS. I ASKED FOR IMMEDIATE BACK UP (OFFICERS OR A SARGEANT) TO ARRIVE. I WAS FRIGHTENED OF WHAT HE MIGHT DO TO ME. HE OPENED MY CAR DOOR AND BEGAN MANHANDLING ME, GRABBED ME AND THEN BODY SLAMMED ME. OFFICERS HAD JUST ARRIVED TOO. AND A FEW MINUES LATER A SARGEANT APPEARED. I EXPLAINED WHAT TRANSPIRED. HE CLEARED ME TOLD OFFICER ASKEW TO UNCUFF ME AND RELEASED ME. I WAS TRAUMATIZED AND REFUSED AMBULANCE BECAUSE THEY WOULDVE TOWED MY VEHICLE. NOT TO MENTION THE PSYCHOPATH NOW HAD MY ID, ADDRESS, MY MOTHERS NAME, ETC. I DID FOLLOW UP WITH DRS AND MY CHIROPRACTOR. I TRIED TO COMPLAIN TO SPD DOWNTOWN TO NO AVAIL. THEY HAD REFUSED TO ADDRESS ANOTHER OFFICERS WRONGFUL ACTIONS A FEW MONTHS PRIOR. AND MANY PEOPLE HAD HAD RUN INS WITH ASKEW, HE WAS KNOWN TO GENERAL PEOPLE AS EXTREMELY AGGRESSIVE, UNPROFESSIONAL, EXTREMELY VOLATILE, NOT TO MENTION PSYCHOTIC, DANGEROUS AND SCARY (NOT JUST BECAUSE OF HIS SIZE). PLUS THE VIOLENCE I EXPERIENCED AT HIS HUGE FRAME BODY SLAMMING MY 7-8 MONTHS PREGNANT BODY ON THE ASPHALT CONFIRMED THAT. CLEARLY I WAS NOT A KNOWN CRIMINAL, AND I HAD FRIENDS EMPLOYED AT SPD AND IN OTHER LAW ENFORCEMENT AGENCIES. AS WELL AS A KNOWN BUSINESS OFFICE OWNER IN THAT BUILDING THAT FREQUENTED THE FILIPINO DELI FOR LUNCH ON A REGULAR BASIS WHERE THE GIRL WORKED FOR HER AUNT. HE WAS ALWAYS TRYING TO DATE HER AND HANGING AROUND ON & OFF DUTY. THIS BUSINESS IS WHERE I HAD MET HIM PRIOR TO THIS TRAFFIC STOP VIOLATING MY RIGHTS, WHEN WE MOVED THE DELI OWNER'S FURNITURE TOGETHER FOR THE BUSINESS OWNER & GIRL'S AUNT TO MUKILTEO WHERE SHE STARTED A HOME CARE FOR OLDER ADULTS. I WAS THE DRIVER OF THE UHAUL. SHE HAD TOLD ME HE WAS POSSESSIVE, WOULDN'T LEAVE HER ALONE AND SHE FEARED HIM BECAUSE HE HAD THREATENED HER. EVENTUALLY MONTHS LATER HE WAS KNOWN TO HAVE KIDNAPPED AND HELD HOSTAGE THAT MUCH YOUNGER ASAIN WOMAN WORKING AT LUNCH DELI IN THE BUSINESS BUILDING WHERE MY OFFICE WAS. HE HAD HELD HER CAPTIVE ILLEGALLY BY NOT ALLOWING HER TO LEAVE HER OWN ABODE, AND I HEARD IT FROM OTHER OFFICERS AND CIVILIANS LATER.